opinion. Judgment reversed, with costs to appellant to abide event. Order setting aside verdict modified, by directing a new trial, and, as so modified, affirmed, without costs. Settle order on notice.

GOULD STORAGE BATTERY CO., Respondent, v. CHABOT, Appellant. (Supreme Court, Appellate Division, First Department. June 2, 1911.) Action by the Gould Storage Battery Company against Theodore J. Chabot. L. O. Van Doren, for appellant. G. F. Hurd, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

GRAHAM v. HALSTEAD LAND & DEVELOPMENT CO. (Supreme Court. Appellate Division, First Department. May 26, 1911.) Action by Adeline L. Graham against the Halstead Land & Development Company. No opinion. Motion and application denied, with $10 costs. Orders signed and filed.

GRANT et al., Respondents, v. PARSONS, Appellant. (Supreme Court, Appellate Division, First Department. May 26. 1911.) Action by Charles A. Grant and others against Samuel Parsons. G. G. Battle, for appellant. C. L. Hoffman, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GRASSO, Respondent, v. JOHN B. ROSE CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by Annie Grasso, as administratrix, etc., of Michael Grasso, deceased, against the John B. Rose Company. No opinion. Motion denied, without costs. See, also, 128 N. Y. Supp. 1125.

GREENBLAT, Appellant, v. BRYANT, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 10, 1911.) Action by Levi Greenblat against Edward V. Bryant. No opinion. Judgment and order affirmed, with costs.

GREGORY v. LEDYARD CONST. CO. FREEMAN v. FRIEDENBERG. SAME v. MOSHEIM. (Supreme Court, Appellate Division, First Department. June 9, 1911.) Actions by George D. Gregory against the Ledyard Construction Company. Chester M. Freeman against Chas. Friedenberg. Same against Julius E. Mosheim. No opinions. Motions granted, with $10 costs. Order filed.

GREIF v. BUFFALO, L. & R. R. CO. (Supreme Court, Appellate Division, Fourth Department. June 2, 1911.) Action by Catherine Greif, as administratrix, etc., against the Buffalo, Lockport & Rochester Railroad Company. PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.
KRUSE, J., dissents.

In re GRIFFIN. (Supreme Court, Appellate Division, Third Department. May 16, 1911.) In the matter of the application of Henry J. Griffin, Town Superintendent of Highways of the Town of Bombay, Franklin County, N. Y., for an order compelling one Calvin O. Harvey to turn over to him the books and papers of said office.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
SMITH, P. J., not voting.

GRIFFITHS, Respondent, v. TOOMEY, Appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by Albert T. Griffiths against Cornelius P. Toomey. No opinion. Motion to dismiss appeal denied, on condition that appellant pay respondent $10 costs and perfect his appeal within 10 days; otherwise, motion granted, with costs.

GROSSMAN, Respondent, v. ROSENBLUM, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1911.) Action by Joseph Grossman against Barnet Rosenblum. No opinion. Judgment of the Municipal Court affirmed, with costs.

GUASTI et al., Respondents, v. MILLER, Appellant. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Secondo Guasti and others against Tobias Miller. J. S. Epstein, for appellant. A. M. Yuzzolino, for respondents.
PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.
McLAUGHLIN, J., dissents.

GUERNSEY, Appellant, v. RUBINGER, Respondent. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Henry W. Guernsey against Charles Rubinger. P. E. Jones, for appellant. W. M. Smith, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 129 N. Y. Supp. 455.

GULBRANDSEN v. LORD ELECTRIC CO. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Michael A. Gulbrandsen, as administrator, against the Lord Electric Company. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

GUTERMAN, Respondent, v. LEVY et al., Appellants. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Theodore Guterman against Morris Levy and others. C. Goldzier, for appellants. J. A. Seidman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HALCROW, Respondent, v. BROGAN, Appellant. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Kate Halcrow against Charles Brogan. A. Knox, for appellant. J. F. Harrington, for re-